UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIE BANKS,

Plaintiff,

v.

COWLITZ COUNTY, JUDGE
WARNING, JUDGE EVANS, SUSAN
BAUER, MICHAEL NGUY, THOMAS
A LADOUCEUR,

Defendants.

CASE NO. C15-5010 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard

Creatura, objections to the Report and Recommendation, if any, and the remaining record, does

hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     The Court dismisses this action without prejudice for failure to state a
        claim.  This dismissal counts as a strike pursuant to 28 U.S.C. §§ 1915(e)
        and (g).

(3)     The Court revokes in forma pauperis status for purpose of appeal.

DATED this 14th day of April, 2015.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1